UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWENDOLYN HALL<br>1009 11th Street NW<br>Washington D.C. 20001<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br><br>      Defendant. | Civ. No. 23-2286 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, Defendant, U.S. Postal Inspection Service, by and through undersigned counsel, hereby files this Notice of Removal of Plaintiff Gwendolyn Hall's Fourth Amended Complaint originally filed in the District of Columbia Superior Court, Civil Division-Civil Actions Branch. In support of this Notice, the following facts are relied upon.

    1.    Defendant is named as a Defendant in a civil action in D.C. Superior Court styled *Gwendolyn Hall v. U.S. Department of Justice*, Case No. 2023-CAB-002857 (D.C. Super. Ct.), which was filed on May 15, 2023. A copy of the Fourth Amended Complaint, filed on July 21, 2023, is attached hereto as Exhibit A.

    2.    Defendant has not been properly served with Plaintiff's Complaint.

    3.    Pursuant to 28 U.S.C. § 1442(a)(1), a civil action commenced in a state court against an Officer or Agency of the United States may be removed to the U.S. District Court for the District of Columbia.

4.   A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: August 8, 2023
       Washington, DC

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division


By:   /s/*Fithawi Berhane*
        FITHAWI BERHANE
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-6653
        Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on the 8th of August, I caused a true and correct copy of the foregoing to be served on the following party at the following address:

Gwendolyn Hall
1009 11th Street NW
Washington D.C. 20001

By: */s/ Fithawi Berhane*

FITHAWI BERHANE
Assistant United States Attorney

- 3 -